**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

IN RE: **Stanley Joseph Jankowski**  Case No.
**Alice Devine Jankowski**
Debtor(s)  Chapter 13 Proceeding

## ☐ *AMENDED*   ☐ *MODIFIED*
## DEBTOR(S)' CHAPTER 13 PLAN
## AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE

*Creditors are hereby notified that the following Plan may be amended at any time before confirmation. Any amendment may affect your status as a creditor. The Debtor's estimate of how much the Plan will pay, projected payments, and estimates of the allowed claims may also change. The following information advises creditors of the status of the case based on the information known at the time of its preparation. Any special concerns of a creditor may justify attendance at the Meeting of Creditors and such other action as may be appropriate under the circumstances. More detailed information is on file at the Office of the United States Bankruptcy Clerk in El Paso or Waco, Texas. Local Bankruptcy Rules and Standing Orders on procedures are available at the Clerk's Office and online at www.txwb.uscourts.gov.*

*Use of the singular word "Debtor" in this Plan includes the plural where appropriate.*

### Plan Summary

**A.** The Debtor's Plan Payment will be __**Variable Payments**__, paid by ☑ Pay Order or ☐ Direct Pay for __**60 months**__. The gross amount to be paid into the plan is __**$66,106.00**__.

**B.** The Plan proposes to pay all allowed priority claims in full, all secured claims to the extent of the value of the collateral or the amount of the claim, whichever amount is provided for in Section VI below, and approximately __**95%**__ of each unsecured allowed claim.

THIS PLAN DOES NOT ALLOW CLAIMS. YOU MUST FILE A PROOF OF CLAIM BY THE APPLICABLE DEADLINE TO RECEIVE DISTRIBUTIONS UNDER ANY PLAN THAT MAY BE CONFIRMED. CREDITORS ARE REFERRED TO THE FEDERAL RULES OF BANKRUPTCY PROCEDURE, THE LOCAL BANKRUPTCY RULES FOR THE WESTERN DISTRICT OF TEXAS, AND THE APPLICABLE STANDING ORDER RELATING TO CHAPTER 13 CASE ADMINISTRATION FOR THIS DIVISION, FOR INFORMATION ON THESE AND OTHER DEADLINES.

**C.** The value of the Debtor's non-exempt assets is __**$2,779.00**__.

**D.** If the payment of any debt is proposed to be paid directly by the Debtor outside the Plan, it is so noted in Section VI(1), set forth below.

### Plan Provisions

### I. Vesting of Estate Property

☑ Upon confirmation of the Plan, all property of the estate shall vest in the Debtor and shall not remain as property of the estate.

☐ Upon confirmation of the Plan, all property of the estate shall not vest in the Debtor, but shall remain as property of the estate.

☐ Other (describe):

| | |
|---|---|
| IN RE: **Stanley Joseph Jankowski** | Case No. |
| **Alice Devine Jankowski** | |
| Debtor(s) | Chapter 13 Proceeding |

## ☐ *AMENDED*   ☐ *MODIFIED*
## DEBTOR(S)' CHAPTER 13 PLAN
## AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE

*Continuation Sheet # 1*

### II. Pre-Confirmation Disbursements

In accordance with the applicable Standing Order Relating to Chapter 13 Case Administration, the Debtor requests and consents to disbursement by the Chapter 13 Trustee of payments prior to confirmation of the Plan to evidence the Debtor's good faith, promote successful completion of the case, and to provide adequate protection to secured creditors. The Debtor shall remit such payments to the Trustee commencing 15 days after the filing of the petition. Provided all conditions for disbursement are met and unless otherwise ordered by the Court, the Trustee shall begin disbursing to creditors as provided below, on the first regularly scheduled disbursement after 30 days after the the petition is filed. Payments under this paragraph will cease upon confirmation of the Plan.

| Creditor/Collateral | Pre-Confirmation Payment Amount | Other Treatment Remarks |
|---|---|---|
| Zale/cbsd Ring | $20.00 | |

### III. Executory Contracts/Unexpired Leases/Contracts for Deed

Pursuant to 11 U.S.C. §1322(b)(7) of the Bankruptcy Code, the Debtor hereby elects to assume the following executory contracts, unexpired leases, and/or contracts for deed, if any:

| Creditor Name | Description of Contract | Election | In Default |
|---|---|---|---|
| **(None)** | | | |

Pursuant to 11 U.S.C. §1322(b)(7) of the Bankruptcy Code, the Debtor hereby elects to reject the following executory contracts, unexpired leases, and/or contracts for deed, if any:

| Creditor Name | Description of Contract | Election | In Default |
|---|---|---|---|
| **(None)** | | | |

### IV. Motion to Value Collateral Pursuant to 11 U.S.C. § 506

The Trustee shall pay allowed secured claims, which require the filing of a proof of claim, to the extent of the value of the collateral or the amount of the claim, whichever amount is provided for in Section VI(2), hereof, plus interest thereon at the rate specified in this Plan. Except for secured claims for which provision is made to pay the full amount of the claim not withstanding the value of the collateral, the portion of any allowed claim that exceeds the value of the collateral shall be treated as an unsecured claim under Section VI(2)(F).

The Debtor(s) move(s) to value the collateral described below in the amounts indicated. The values as stated below represent the replacement values of the assets held for collateral, as required under Section 506(a)(2). Objections to valuation of collateral proposed by this Motion and Plan must be filed no later than ten (10) days prior to the confirmation hearing date. If no timely response or objection is filed, the relief requested may be granted in conjunction with confirmation of the Plan.

| Creditor / Collateral | Estimated Claim | Value of Collateral | Monthly Payment or Method of Disbursement | Interest Rate | Anticipated Total to Pay | Other Treatment/Remarks |
|---|---|---|---|---|---|---|
| Zale/cbsd Ring | $4,638.00 | $500.00 | Pro-Rata | 5.5% | $505.35 | |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

IN RE: **Stanley Joseph Jankowski**  Case No.
**Alice Devine Jankowski**
Debtor(s)  Chapter 13 Proceeding

☐ *AMENDED*  ☐ *MODIFIED*
**DEBTOR(S)' CHAPTER 13 PLAN**
**AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE**

*Continuation Sheet # 2*

---

"I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on ____**November 8, 2010**____ ."

**/s/ Stanley Joseph Jankowski**  **/s/ Alice Devine Jankowski**
Debtor  Joint Debtor

### V. Motion to Avoid Lien Pursuant to 11 U.S.C. § 522(f)

The Bankruptcy Code allows certain liens to be avoided. If a lien is avoided, the claim will not be treated as a secured claim but as an unsecured claim under Section VI(2)(F).

The Debtor moves to avoid the following liens that impair exemptions. Objections to lien avoidance as proposed in this Plan must be filed no later than ten (10) days prior to the confirmation hearing date. If no timely objection is filed, the relief requested may be granted in conjunction with confirmation of the Plan. (Debtor must list the specific exempt property that the lien impairs and the basis of the lien--e.g., judicial lien, nonpurchase-money security interest, etc.)

| Creditor / Property subject to lien | Amount of Lien to be Avoided | Remarks |
|---|---|---|
| | | |

### VI. Specific Treatment for Payment of Allowed Claims

**1. PAYMENTS TO BE MADE BY THE DEBTOR DIRECTLY TO CREDITORS, INCLUDING POST-PETITION DOMESTIC SUPPORT OBLIGATIONS**

**A.** Debtor(s) shall pay the following creditors directly. Creditors with claims based on a post-petition domestic support obligation ("DSO"), including all governmental units to which a DSO claim has been assigned, or is owed, or that may otherwise recover a DSO claim, MUST be paid directly. Minors should be identified by their initials only. If no DSO creditor is listed, the Debtor represents he/she has no domestic support obligation.

All direct payments listed below shall be made in addition to the Plan payments made by Debtor to the Chapter 13 Trustee as herein set forth. Secured creditors who are paid directly shall retain their liens, and the Debtor(s) shall maintain insurance on the collateral, in accordance with the terms of the documents creating the lien on the collateral.

| Creditor / Collateral, if any (including the name of each DSO creditor) | Remarks | Debt Amount | Payment Amount/Interval |
|---|---|---|---|
| Bank Of America<br>2005 Ford Focus | daughter's car - she pays | $5,210.00 | $237.92 |
| Hsbc/frnrw<br>Bed and Dining Room Set. | Daughter's and she pays | $1,177.00 | $12.00 |
| Wells Fargo Hm Mortgage<br>305 Crossland Drive Killeen, TX 76543 | | $123,492.00 | $1,380.93 |

**B.** Debtor surrenders the following collateral. Confirmation of the Plan shall operate to lift the automatic stay provided by 11 U.S.C. § 362(a) with respect to the collateral listed, and any unsecured deficiency claim may be filed in accordance with the procedures set forth in the Standing Order Relating to Chapter 13 Case Administration for this Division.

| Creditor/Collateral | Collateral to Be Surrendered |
|---|---|
| | |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

IN RE: **Stanley Joseph Jankowski**                                Case No.
        **Alice Devine Jankowski**
                             Debtor(s)                                 Chapter 13 Proceeding

☐ *AMENDED*     ☐ *MODIFIED*
**DEBTOR(S)' CHAPTER 13 PLAN**
**AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE**

*Continuation Sheet # 3*

## 2. PAYMENTS TO BE MADE BY TRUSTEE TO CREDITORS

**A.** Administrative Expenses

Administrative Expenses shall include the Trustee's commission and debtor's attorney's fees. The Trustee shall receive up to 10% of all sums disbursed, except on any funds returned to the Debtor. No fees or expenses of counsel for the debtor(s) may be paid until the filing fee is paid in full, and any fees and expenses that are allowed in addition to the fees and expenses originally agreed to be paid, may be paid only after all prior allowed fees and expenses have been paid.

| Creditor | Estimated Amount of Debt | Payment Method: before secured creditors, after secured creditors, or along with secured | Remarks |
|---|---|---|---|
| Law Offices of Ed L. Laughlin, P.C. | $2,400.00 | Along With | |

**B.** Priority Claims, Including Domestic Support Obligation Arrearage Claims

| Creditor | Estimated Amount of Debt | Payment Method: before secured creditors, after secured creditors, or along with secured | Remarks |
|---|---|---|---|
| | | | |

**C.** Arrearage Claims

| Creditor / Collateral | Estimated Claim | Estimated Value of Collateral | Monthly Payment or Method of Disbursement | Interest Rate | Anticipated Total to Pay | Other Treatment/Remarks |
|---|---|---|---|---|---|---|
| | | | | | | |

**D.** Cure Claims on Assumed Contracts, Leases, and Contracts for Deed

| Creditor/Subject Property, if any | Estimated Amount of Cure Claim | Monthly Payment or Method of Disbursement | Remarks |
|---|---|---|---|
| | | | |

**E.** Secured Creditors

Secured creditors shall retain their liens on the collateral that is security for their claims until the earlier of the date the underlying debt, as determined under non-bankruptcy law, has been paid in full, or the date of discharge under 11 U.S.C. § 1328. Therefore, if the debtor's case is dismissed or converted without completing of all Plan payments, the liens shall be retained by the creditors to the extent recognized by applicable non-bankruptcy law.

| Creditor/Collateral | Estimated Claim | Value of Collateral | Monthly Payment or Method of Disbursement | Interest Rate | Anticipated Total to Pay | Other Treatment/Remarks (specifically note if claim amount to be paid although greater than value of collateral) |
|---|---|---|---|---|---|---|
| Zale/cbsd Ring | $4,638.00 | $500.00 | Pro-Rata | 5.5% | $505.35 | |

**F.** General Unsecured Creditors (including claims from rejection of contracts, leases and contracts for deed).
*Describe treatment for the class of general unsecured creditors.*

General Unsecured Creditors will receive approximately   **95%**   of their allowed claims.

Form 11/7/05        *Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas - (210) 561-5300*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

IN RE: **Stanley Joseph Jankowski**　　　　　　　　　　　　　　　Case No.
　　　　**Alice Devine Jankowski**
　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　Chapter 13 Proceeding

☐ *AMENDED*　　☐ *MODIFIED*
**DEBTOR(S)' CHAPTER 13 PLAN**
**AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE**

*Continuation Sheet # 4*

---

**Totals:**

| | |
|---|---|
| Administrative Claims | **$2,400.00** |
| Priority Claims | **$0.00** |
| Arrearage Claims | **$0.00** |
| Cure Claims | **$0.00** |
| Secured Claims | **$500.00** |
| Unsecured Claims | **$59,537.00** |

**VII. Supplemental Plan Provisions**

The following are the Supplemental Plan Provisions:
**None**

Respectfully submitted this date: __**11/8/2010**_____.

　　　　　　　　　　　　　　　　　　　　　　**/s/ Ed L. Laughlin**
　　　　　　　　　　　　　　　　　　　　　　Ed L. Laughlin
　　　　　　　　　　　　　　　　　　　　　　1509 W. Avenue J
　　　　　　　　　　　　　　　　　　　　　　Temple, TX   76504
　　　　　　　　　　　　　　　　　　　　　　Phone: (254) 773-8399 / Fax: (254) 773-8426
　　　　　　　　　　　　　　　　　　　　　　(Attorney for Debtor)


**/s/ Stanley Joseph Jankowski**　　　　　　　　**/s/ Alice Devine Jankowski**
Stanley Joseph Jankowski　　　　　　　　　　　Alice Devine Jankowski
305 Crossland Drive　　　　　　　　　　　　　 305 Crossland Drive
Killeen, TX 76543　　　　　　　　　　　　　　Killeen, TX 76543
(Debtor)　　　　　　　　　　　　　　　　　　(Joint Debtor)

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

IN RE: **Stanley Joseph Jankowski**            CASE NO
       **Alice Devine Jankowski**
*Debtor(s)*           CHAPTER    **13**

## EXHIBIT "B" - VARIABLE PLAN PAYMENTS

### PROPOSED PLAN OF REPAYMENT (VARIABLE PAYMENTS INTO THE PLAN)

| Month | Payment | Month | Payment | Month | Payment |
|---|---|---|---|---|---|
| 1 | $900.00 | 21 | $943.00 | 41 | $1,225.00 |
| 2 | $900.00 | 22 | $943.00 | 42 | $1,225.00 |
| 3 | $900.00 | 23 | $943.00 | 43 | $1,225.00 |
| 4 | $900.00 | 24 | $943.00 | 44 | $1,225.00 |
| 5 | $900.00 | 25 | $943.00 | 45 | $1,225.00 |
| 6 | $900.00 | 26 | $1,225.00 | 46 | $1,225.00 |
| 7 | $900.00 | 27 | $1,225.00 | 47 | $1,225.00 |
| 8 | $900.00 | 28 | $1,225.00 | 48 | $1,225.00 |
| 9 | $943.00 | 29 | $1,225.00 | 49 | $1,225.00 |
| 10 | $943.00 | 30 | $1,225.00 | 50 | $1,225.00 |
| 11 | $943.00 | 31 | $1,225.00 | 51 | $1,225.00 |
| 12 | $943.00 | 32 | $1,225.00 | 52 | $1,225.00 |
| 13 | $943.00 | 33 | $1,225.00 | 53 | $1,225.00 |
| 14 | $943.00 | 34 | $1,225.00 | 54 | $1,225.00 |
| 15 | $943.00 | 35 | $1,225.00 | 55 | $1,225.00 |
| 16 | $943.00 | 36 | $1,225.00 | 56 | $1,225.00 |
| 17 | $943.00 | 37 | $1,225.00 | 57 | $1,225.00 |
| 18 | $943.00 | 38 | $1,225.00 | 58 | $1,225.00 |
| 19 | $943.00 | 39 | $1,225.00 | 59 | $1,225.00 |
| 20 | $943.00 | 40 | $1,225.00 | 60 | $1,225.00 |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

IN RE: **Stanley Joseph Jankowski**      CASE NO.
*Debtor*

**Alice Devine Jankowski**      CHAPTER    **13**
*Joint Debtor*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on December 2, 2010, a copy of the attached Chapter 13 Plan, with any attachments, and Budget and Monthly Family Income were served on each party in interest listed below, by placing each copy in an envelope properly addressed, postage fully prepaid in compliance with Local Rule 9013 (g).

**/s/ Ed L. Laughlin**
Ed L. Laughlin
Bar ID:11991500
Law Offices of Ed L. Laughlin, P.C.
1509 W. Avenue J
Temple, TX   76504
(254) 773-8399

| | | |
|---|---|---|
| Aspire/cb&t<br>xxxxxxxxxxxx4491<br>9 Mutec Dr<br>Columbus, GA 31907 | Citibank Usa<br>xxxxxxxxxxxx1282<br>Attn.: Centralized  Bankruptcy<br>PO Box 20363<br>Kansas City, MO 64195 | Gemb/walmart<br>xxxxxxxxxxxx7539<br>Attn: Bankruptcy<br>PO Box 103104<br>Roswell, GA 30076 |
| Bank Of America<br>xxxxxxxxxx7407<br>Attn: Bankruptcy NC4-105-02-99<br>PO Box 26012<br>Greensboro, NC 27420 | Emerge/fnbo<br>xxxxxxxxxxxx8826<br>Po Box 105555<br>Atlanta, GA 30348 | Gemb/walmart<br>xxxxxxxxxxxx4036<br>Attn: Bankruptcy<br>PO Box 103104<br>Roswell, GA 30076 |
| Capital One, N.a.<br>xxxxxxxxxxxx5709<br>C/O American Infosource<br>PO Box 54529<br>Oklahoma City, OK 73154 | Frost Ntl Bk<br>xxxxxxxxxxxx9001<br>Box 1600<br>San Antonio, TX 78296 | Gemb/walmart Dc<br>xxxxxxxxxxxx5239<br>Attention: Bankruptcy<br>PO Box 103104<br>Roswell, GA 30076 |
| Chase - Best Buy<br>xxxxxxxxxxxx5895<br>Attention:  Bankruptcy Department<br>PO Box 15298<br>Wilmington, DE 19850 | Gemb/jcp<br>xxxxxxxxxxxx5546<br>Attention:  Bankruptcy<br>PO Box 103104<br>Roswell, GA 30076 | Hsbc/frnrw<br>xxxxxxxxxxxx6167<br>Po Box 703<br>Wood Dale, IL 60191 |

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

IN RE: **Stanley Joseph Jankowski**  CASE NO.
*Debtor*

**Alice Devine Jankowski**  CHAPTER 13
*Joint Debtor*

## CERTIFICATE OF SERVICE
(Continuation Sheet #1)

Hsbc/rs/Beneficial
xxxxxxxxxx1662
Attn: Bankruptcy
PO Box 5263
Carol Stream, IL 60197

Tnb-visa
xxxxxxxxxxxx7463
PO Box 560284
Dallas, TX 75356

Lowes / MBGA
xxxxxxxxxxxx4677
Attention:  Bankruptcy Department
PO Box 103104
Roswell, GA 30076

Wells Fargo Hm Mortgage
xxxxxxxxx6319
Po Box 10335
Des Moines, IA 50306

Providian
xxxxxxxxxxxx7499
Attn: Bankruptcy
PO Box 15298
Wilmington, DE 19850

Wf Fin Bank
xxxxxxxxxxxx9932
Wells Fargo Financial
4137 121st St
Urbandale, IA 50323

Ray Hendren, C13 Trustee
3410 Far West Blvd.
Suite 200
Austin, TX  78731

Wf Fin Bank/Wells Fargo Financial
xxxxxxxxxxxx6404
Wells Fargo Financial
800 Walnut Street
Des Moines, IA 50309

Regional Mgt Corp
xxxxxxx3201
2314 S. Adams Ave. Suite C
Temple, TX 76507

World Finance Corp
xxxxxxx4001
319 North 8th St
Killeen, TX 76541

Sears/cbsd
xxxxxxxxxxxx5996
701 East 60th St N
Sioux Falls, SD 57117

Zale/cbsd
xxxxxxxxxxxx0083
Attn.: Centralized  Bankruptcy
PO Box 20363
Kansas City, MO 64195

Stanley Joseph Jankowski
305 Crossland Drive
Killeen, TX 76543

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

IN RE: **Stanley Joseph Jankowski,** Debtor      CASE NO    **Unknown**

**Alice Devine Jankowski,** Joint Debtor     CHAPTER    **13**

## PROPOSED PAYMENT SCHEDULE FOR CHAPTER 13 PLAN (PRO FORMA)

*The following payment schedule is a projection of the anticipated payments to be made to the creditors under the plan. This Pro Forma serves as support documentation to the debtor's proposed plan. Actual distributions by the Chapter 13 Trustee may vary.*

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 1 | MONTH 2 | MONTH 3 | MONTH 4 | MONTH 5 | MONTH 6 |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| Law Offices of Ed L. Laughlin, | $2,400.00 | 0.00% | $0.00 | $669.82 | $669.28 | $668.75 | $392.15 | $0.00 | $0.00 |
| Zale/cbsd | $500.00 | 5.50% | $5.35 | $140.18 | $140.72 | $141.25 | $83.20 | $0.00 | $0.00 |
| BEGINNING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DEBTOR'S PAYMENT TO TRUSTEE: | | | | $900.00 | $900.00 | $900.00 | $900.00 | $900.00 | $900.00 |
| NEW BALANCE: | | | | $900.00 | $900.00 | $900.00 | $900.00 | $900.00 | $900.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | | **$810.00** | **$810.00** | **$810.00** | **$475.35** | **$0.00** | **$0.00** |
| DISTRIBUTION TO GENERAL UNSECUREDS: | | | | $0.00 | $0.00 | $0.00 | $334.65 | $810.00 | $810.00 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | | $90.00 | $90.00 | $90.00 | $90.00 | $90.00 | $90.00 |
| ENDING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 7 | MONTH 8 | MONTH 9 | MONTH 10 | MONTH 11 | MONTH 12 |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| Law Offices of Ed L. Laughlin, | $2,400.00 | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Zale/cbsd | $500.00 | 5.50% | $5.35 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| BEGINNING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DEBTOR'S PAYMENT TO TRUSTEE: | | | | $900.00 | $900.00 | $943.00 | $943.00 | $943.00 | $943.00 |
| NEW BALANCE: | | | | $900.00 | $900.00 | $943.00 | $943.00 | $943.00 | $943.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| DISTRIBUTION TO GENERAL UNSECUREDS: | | | | $810.00 | $810.00 | $848.70 | $848.70 | $848.70 | $848.70 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | | $90.00 | $90.00 | $94.30 | $94.30 | $94.30 | $94.30 |
| ENDING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 13 | MONTH 14 | MONTH 15 | MONTH 16 | MONTH 17 | MONTH 18 |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| Law Offices of Ed L. Laughlin, | $2,400.00 | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Zale/cbsd | $500.00 | 5.50% | $5.35 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| BEGINNING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DEBTOR'S PAYMENT TO TRUSTEE: | | | | $943.00 | $943.00 | $943.00 | $943.00 | $943.00 | $943.00 |
| NEW BALANCE: | | | | $943.00 | $943.00 | $943.00 | $943.00 | $943.00 | $943.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| DISTRIBUTION TO GENERAL UNSECUREDS: | | | | $848.70 | $848.70 | $848.70 | $848.70 | $848.70 | $848.70 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | | $94.30 | $94.30 | $94.30 | $94.30 | $94.30 | $94.30 |
| ENDING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 19 | MONTH 20 | MONTH 21 | MONTH 22 | MONTH 23 | MONTH 24 |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| Law Offices of Ed L. Laughlin, | $2,400.00 | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Zale/cbsd | $500.00 | 5.50% | $5.35 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| BEGINNING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DEBTOR'S PAYMENT TO TRUSTEE: | | | | $943.00 | $943.00 | $943.00 | $943.00 | $943.00 | $943.00 |
| NEW BALANCE: | | | | $943.00 | $943.00 | $943.00 | $943.00 | $943.00 | $943.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| DISTRIBUTION TO GENERAL UNSECUREDS: | | | | $848.70 | $848.70 | $848.70 | $848.70 | $848.70 | $848.70 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | | $94.30 | $94.30 | $94.30 | $94.30 | $94.30 | $94.30 |
| ENDING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 25 | MONTH 26 | MONTH 27 | MONTH 28 | MONTH 29 | MONTH 30 |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| Law Offices of Ed L. Laughlin, | $2,400.00 | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Zale/cbsd | $500.00 | 5.50% | $5.35 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| BEGINNING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| DEBTOR'S PAYMENT TO TRUSTEE: | | | | $943.00 | $1,225.00 | $1,225.00 | $1,225.00 | $1,225.00 | $1,225.00 |
| NEW BALANCE: | | | | $943.00 | $1,225.00 | $1,225.00 | $1,225.00 | $1,225.00 | $1,225.00 |
| DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| DISTRIBUTION TO GENERAL UNSECUREDS: | | | | $848.70 | $1,102.50 | $1,102.50 | $1,102.50 | $1,102.50 | $1,102.50 |
| TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | | $94.30 | $122.50 | $122.50 | $122.50 | $122.50 | $122.50 |
| ENDING BALANCE: | | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| CREDITOR NAME | AMOUNT | INT RATE | INT PAID | MONTH 31 | MONTH 32 | MONTH 33 | MONTH 34 | MONTH 35 | MONTH 36 |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| Law Offices of Ed L. Laughlin, | $2,400.00 | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Zale/cbsd | $500.00 | 5.50% | $5.35 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| IN RE: | **Stanley Joseph Jankowski,** | **Debtor** | CASE NO | **Unknown** |
|---|---|---|---|---|
| | **Alice Devine Jankowski,** | **Joint Debtor** | CHAPTER | **13** |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | BEGINNING BALANCE: | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | DEBTOR'S PAYMENT TO TRUSTEE: | | | $1,225.00 | $1,225.00 | $1,225.00 | $1,225.00 | $1,225.00 | $1,225.00 |
| | NEW BALANCE: | | | $1,225.00 | $1,225.00 | $1,225.00 | $1,225.00 | $1,225.00 | $1,225.00 |
| | DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| | DISTRIBUTION TO GENERAL UNSECUREDS: | | | $1,102.50 | $1,102.50 | $1,102.50 | $1,102.50 | $1,102.50 | $1,102.50 |
| | TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | $122.50 | $122.50 | $122.50 | $122.50 | $122.50 | $122.50 |
| | ENDING BALANCE: | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| **CREDITOR NAME** | **AMOUNT** | **INT RATE** | **INT PAID** | **MONTH 37** | **MONTH 38** | **MONTH 39** | **MONTH 40** | **MONTH 41** | **MONTH 42** |
|---|---|---|---|---|---|---|---|---|---|
| Law Offices of Ed L. Laughlin, | $2,400.00 | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Zale/cbsd | $500.00 | 5.50% | $5.35 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | BEGINNING BALANCE: | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | DEBTOR'S PAYMENT TO TRUSTEE: | | | $1,225.00 | $1,225.00 | $1,225.00 | $1,225.00 | $1,225.00 | $1,225.00 |
| | NEW BALANCE: | | | $1,225.00 | $1,225.00 | $1,225.00 | $1,225.00 | $1,225.00 | $1,225.00 |
| | DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| | DISTRIBUTION TO GENERAL UNSECUREDS: | | | $1,102.50 | $1,102.50 | $1,102.50 | $1,102.50 | $1,102.50 | $1,102.50 |
| | TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | $122.50 | $122.50 | $122.50 | $122.50 | $122.50 | $122.50 |
| | ENDING BALANCE: | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| **CREDITOR NAME** | **AMOUNT** | **INT RATE** | **INT PAID** | **MONTH 43** | **MONTH 44** | **MONTH 45** | **MONTH 46** | **MONTH 47** | **MONTH 48** |
|---|---|---|---|---|---|---|---|---|---|
| Law Offices of Ed L. Laughlin, | $2,400.00 | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Zale/cbsd | $500.00 | 5.50% | $5.35 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | BEGINNING BALANCE: | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | DEBTOR'S PAYMENT TO TRUSTEE: | | | $1,225.00 | $1,225.00 | $1,225.00 | $1,225.00 | $1,225.00 | $1,225.00 |
| | NEW BALANCE: | | | $1,225.00 | $1,225.00 | $1,225.00 | $1,225.00 | $1,225.00 | $1,225.00 |
| | DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| | DISTRIBUTION TO GENERAL UNSECUREDS: | | | $1,102.50 | $1,102.50 | $1,102.50 | $1,102.50 | $1,102.50 | $1,102.50 |
| | TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | $122.50 | $122.50 | $122.50 | $122.50 | $122.50 | $122.50 |
| | ENDING BALANCE: | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| **CREDITOR NAME** | **AMOUNT** | **INT RATE** | **INT PAID** | **MONTH 49** | **MONTH 50** | **MONTH 51** | **MONTH 52** | **MONTH 53** | **MONTH 54** |
|---|---|---|---|---|---|---|---|---|---|
| Law Offices of Ed L. Laughlin, | $2,400.00 | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Zale/cbsd | $500.00 | 5.50% | $5.35 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | BEGINNING BALANCE: | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | DEBTOR'S PAYMENT TO TRUSTEE: | | | $1,225.00 | $1,225.00 | $1,225.00 | $1,225.00 | $1,225.00 | $1,225.00 |
| | NEW BALANCE: | | | $1,225.00 | $1,225.00 | $1,225.00 | $1,225.00 | $1,225.00 | $1,225.00 |
| | DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| | DISTRIBUTION TO GENERAL UNSECUREDS: | | | $1,102.50 | $1,102.50 | $1,102.50 | $1,102.50 | $1,102.50 | $1,102.50 |
| | TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | $122.50 | $122.50 | $122.50 | $122.50 | $122.50 | $122.50 |
| | ENDING BALANCE: | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| **CREDITOR NAME** | **AMOUNT** | **INT RATE** | **INT PAID** | **MONTH 55** | **MONTH 56** | **MONTH 57** | **MONTH 58** | **MONTH 59** | **MONTH 60** |
|---|---|---|---|---|---|---|---|---|---|
| Law Offices of Ed L. Laughlin, | $2,400.00 | 0.00% | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Zale/cbsd | $500.00 | 5.50% | $5.35 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | BEGINNING BALANCE: | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | DEBTOR'S PAYMENT TO TRUSTEE: | | | $1,225.00 | $1,225.00 | $1,225.00 | $1,225.00 | $1,225.00 | $1,225.00 |
| | NEW BALANCE: | | | $1,225.00 | $1,225.00 | $1,225.00 | $1,225.00 | $1,225.00 | $1,225.00 |
| | DISTRIBUTION TO PRIORITY, SECURED AND SPECIAL UNSECUREDS: | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** |
| | DISTRIBUTION TO GENERAL UNSECUREDS: | | | $1,102.50 | $1,102.50 | $1,102.50 | $1,102.50 | $1,102.50 | $1,102.50 |
| | TRUSTEE COMMISSION AND OTHER ADMINISTRATIVE COSTS: | | | $122.50 | $122.50 | $122.50 | $122.50 | $122.50 | $122.50 |
| | ENDING BALANCE: | | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

B6I (Official Form 6I) (12/07)

In re **Stanley Joseph Jankowski**   Case No. _____
  **Alice Devine Jankowski**                (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | Dependents of Debtor and Spouse | | | |
|---|---|---|---|---|
| **Married** | Relationship(s): | Age(s): | Relationship(s): | Age(s): |

| **Employment:** | Debtor | Spouse |
|---|---|---|
| Occupation | Manager | Pharmacy Technican |
| Name of Employer | Carmen Creative Cabinet LLC | Scott & White Hospital |
| How Long Employed | | |
| Address of Employer | 6202 Sparta Rd.<br>Belton, TX 76513 | 2401 S. 31st Street<br>Temple, TX 76508 |

| INCOME: (Estimate of average or projected monthly income at time case filed) | **DEBTOR** | **SPOUSE** |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $3,437.50 | $3,027.85 |
| 2. Estimate monthly overtime | $0.00 | $0.00 |
| 3. SUBTOTAL | **$3,437.50** | **$3,027.85** |
| 4. LESS PAYROLL DEDUCTIONS | | |
|    a. Payroll taxes (includes social security tax if b. is zero) | $320.67 | $173.05 |
|    b. Social Security Tax | $221.65 | $168.59 |
|    c. Medicare | $51.83 | $39.43 |
|    d. Insurance | $0.00 | $377.00 |
|    e. Union dues | $0.00 | $0.00 |
|    f. Retirement | $0.00 | $0.00 |
|    g. Other (Specify) _____/ Disability_____ | $0.00 | $12.20 |
|    h. Other (Specify) _____/ 401K Loan #1_____ | $0.00 | $282.10 |
|    i. Other (Specify) _____/ 401K Loan #2_____ | $0.00 | $192.75 |
|    j. Other (Specify) _____/ 401b Savings_____ | $0.00 | $121.12 |
|    k. Other (Specify) _____/ Gift Shop_____ | $0.00 | $5.59 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | **$594.15** | **$1,371.83** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | **$2,843.35** | **$1,656.02** |
| 7. Regular income from operation of business or profession or farm (Attach detailed stmt) | $0.00 | $0.00 |
| 8. Income from real property | $0.00 | $0.00 |
| 9. Interest and dividends | $0.00 | $0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $0.00 | $0.00 |
| 11. Social security or government assistance (Specify):<br>_____ | $0.00 | $0.00 |
| 12. Pension or retirement income | $0.00 | $0.00 |
| 13. Other monthly income (Specify): | | |
|    a._____ | $0.00 | $0.00 |
|    b._____ | $0.00 | $0.00 |
|    c._____ | $0.00 | $0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | **$0.00** | **$0.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | **$2,843.35** | **$1,656.02** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | **$4,499.37** | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None.**

B6J (Official Form 6J) (12/07)

IN RE: **Stanley Joseph Jankowski**  Case No. _____
**Alice Devine Jankowski**  (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $1,380.93 |
|    a. Are real estate taxes included?  ☒ Yes  ☐ No | |
|    b. Is property insurance included?  ☒ Yes  ☐ No | |
| 2. Utilities: a. Electricity and heating fuel | $301.44 |
|      b. Water and sewer | $66.00 |
|      c. Telephone | |
|      d. Other:  Cell Phones | $78.00 |
| 3. Home maintenance (repairs and upkeep) | $175.00 |
| 4. Food | $425.00 |
| 5. Clothing | $75.00 |
| 6. Laundry and dry cleaning | $25.00 |
| 7. Medical and dental expenses | $75.00 |
| 8. Transportation (not including car payments) | $450.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $50.00 |
| 10. Charitable contributions | |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|     a. Homeowner's or renter's | |
|     b. Life | |
|     c. Health | |
|     d. Auto | $177.00 |
|     e. Other: | |
| 12. Taxes (not deducted from wages or included in home mortgage payments) Specify: | |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|     a. Auto: | |
|     b. Other: | |
|     c. Other: | |
|     d. Other: | |
| 14. Alimony, maintenance, and support paid to others: | |
| 15. Payments for support of add'l dependents not living at your home: | |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | |
| 17.a. Other: See attached personal expenses | $321.00 |
| 17.b. Other: | |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | **$3,599.37** |
| 19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:  **up'd insurance premium - increases in Jan. 2011 - co-debtors ck is currently reading $144.00.** | |
| 20. STATEMENT OF MONTHLY NET INCOME | |
| a. Average monthly income from Line 15 of Schedule I | $4,499.37 |
| b. Average monthly expenses from Line 18 above | $3,599.37 |
| c. Monthly net income (a. minus b.) | $900.00 |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

IN RE: **Stanley Joseph Jankowski**         CASE NO
        **Alice Devine Jankowski**

                            CHAPTER    **13**

## EXHIBIT TO SCHEDULE J

### Itemized Personal Expenses

| Expense | Amount |
|---|---:|
| Telephone, Internet and Cable | $155.00 |
| Personal Grooming | $60.00 |
| Pet Expenses | $35.00 |
| Septic System upkeep | $20.00 |
| Continuing Education Expense | $10.00 |
| Optometry | $25.00 |
| Work Uniforms | $10.00 |
| Vitamins and Protien Suppliments | $6.00 |
| **Total >** | **$321.00** |